# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| JAMES RIVER INSURANCE COMPANY, an Ohio corporation,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>THOMAS EDWARD WATTS, JR. an individual;<br><br>　　　　Defendant. | Case No.: 2:20-cv-10814<br><br>**ORDER DISMISSING COMPLAINT WITHOUT PREJUDICE** |

Having considered the stipulation of counsel and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that the Complaint is dismissed without prejudice pursuant to Fed.R.Civ.P. 41, with each party to bear its own attorney's fees and costs.

DATED:　　March 23, 2021　　　　　/s/ CHARLES F. EICK
　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE